# United States Court of Appeals

## For the First Circuit

Nos. 18-1671, 18-1746, 18-1787

AURELIUS INVESTMENT, LLC, ET AL.,
Appellants,

v.

COMMONWEALTH OF PUERTO RICO, ET AL.,
Appellees.

ASSURED GUARANTY CORPORATION, ET AL.,
Appellants,

v.

FINANCIAL OVERSIGHT AND MANAGEMENT BOARD, ET AL.,
Appellees.

UNIÓN DE TRABAJADORES DE LA INDUSTRIA ELÉCTRICA Y RIEGO (UTIER),
Appellant,

v.

PUERTO RICO ELECTRIC POWER AUTHORITY, ET AL.,
Appellees.

**ERRATA SHEET**

The opinion of this Court, issued on February 15, 2019, is amended as follows:

On page 8, line 12, "seven" should be changed to "seventeen"